**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6120**

DAVONN A.W. BASSETTE, SR.,

Plaintiff - Appellant,

v.

CORIZON HEALTH, NP Hill,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:23-cv-00692-MHL-MRC)

Submitted:  June 25, 2024                          Decided:  June 28, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Davonn A.W. Bassette, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Davonn Bassette, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint after Bassette failed to pay the required initial partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bassette v. Corizon Health*, No. 3:23-cv-00692-MHL-MRC (E.D. Va. Jan. 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*